Terry JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41614.

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

John T. Yarbrough, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., and FENNER, J., and WASSERSTROM, Senior Judge.

## ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).